**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| LEXISNEXIS COPLOGIC SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> DARNELL RANDALL and RANDALL MARKETING AND PUBLIC RELATIONS LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-01836-MHC <br><br> **JURY DEMANDED** |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Before the Court is Plaintiff's Motion for Default Judgment against Defendants Darnell Randall and Randall Marketing and Public Relations LLC (together, "Defendants"). Having reviewed the facts and the applicable law, the Court has determined that the motion should be GRANTED.

The Court hereby ENTERS the following final judgment:

1.      The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338, and 15 U.S.C. § 1121, as well as under 28 U.S.C. § 1367(a).

2.      The Court finds for Plaintiff against Defendants on Plaintiff's claims for federal trademark infringement (Count 1); federal unfair competition (Count 2); Georgia common law trademark infringement (Count 3); Georgia common law

1

unfair competition (Count 4); unjust enrichment (Count 5); federal cybersquatting (Count 6); and Georgia deceptive trade practices (Count 7).

3.      Defendants, their officers, directors, managers, owners, agents, servants, employees, successors, assigns, affiliates, subsidiaries, parents, related companies, and all other persons acting on their behalf or in concert with them, are permanently enjoined from:

a.      Using the BuyCrash mark or any confusingly similar or phonetically equivalent mark (e.g., Buy Crash, By Crash, Bye Crash, etc.), including but not limited to (i) registering the BuyCrash mark or any confusingly similar or phonetically equivalent mark as a domain name or (ii) purchasing the BuyCrash mark or any confusingly similar or phonetically equivalent mark as a search-engine keyword;

b.      Using the domain names freebuycrashreport.com and ln-buycrash.com, or any confusingly similar or phonetically equivalent domain name (e.g., byecrash.com, gabuycrash.com, etc.); and

c.      Any attempt to retain any part of the goodwill misappropriated from Plaintiff, including but not limited to by passing themselves

off as Plaintiff and/or its BuyCrash service, or as affiliated with

Plaintiff and/or its BuyCrash service.

4.    Defendants shall transfer the domain names freebuycrashreport.com

and ln-buycrash.com, along with any other domain name they own that includes the

BuyCrash mark or any confusingly similar or phonetically equivalent mark (e.g.,

gabuycrash.com), to Plaintiff.

5.    Defendants are ordered to file with this Court and to serve upon

Plaintiff, within thirty days after the service on Defendants of this judgment, a report

in writing and under oath setting forth in detail the manner and form in which they

have complied with this judgment.

6.    Plaintiff shall recover from Defendants $200,000 in statutory damages

for cybersquatting under 15 U.S.C. § 1117(d).

7.    This judgment shall entitle Plaintiff to any interest accrued.

This judgment is intended to be final and to resolve all claims and issues in

the case. The Clerk is ORDERED to close the case.


SIGNED and ENTERED this _____ day of _____, 2025.


_____
MARK H. COHEN
U.S. DISTRICT JUDGE


3