**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LexisNexis Coplogic Solutions Inc.,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Darnell Randall and Randall Marketing and Public Relations LLC,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:24-cv-1836-MHC |

### DEFAULT  JUDGMENT

The defendant(s) Darnell Randall and Randall Marketing and Public Relations LLC, having default been duly entered, and the Court, Mark H. Cohen, United States District Judge, by order of May 2, 2025, having directed that judgment and a permanent injunction issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff LexisNexis Coplogic Solutions Inc., recover from the defendant(s) Darnell Randall and Randall Marketing and Public Relations LLC, the amount of $200,000. It is **FURTHER ORDERED** that a **PERMANENT INJUNCTION** is hereby entered in favor of Plaintiff and against Defendants, their agents, servants, employees, attorneys, and all other persons in active concert or participation with them, to: be permanently enjoined from using the BuyCrash® mark, Defendants' BuyCrash Domains, or any other mark or domain name confusingly similar to the BuyCrash® mark, including but not limited to by purchasing the BuyCrash® mark or any confusingly similar mark as a keyword, and from any attempt to retain any part of the goodwill misappropriated from Coplogic; be required to deliver up and destroy all internet postings and advertisements, and any other materials bearing or using the BuyCrash® mark, Defendants' BuyCrash Domains, or any other

mark or domain name confusingly similar to the BuyCrash® mark; and be ordered to transfer freebuycrashreport.com, lnbuycrash.com, and any other domain name they own that includes the BuyCrash® mark or any confusingly similar mark to Coplogic.

Dated at Atlanta, Georgia this 2nd day of May, 2025.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                      By:   s/Daniel Ross
                                                     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 2, 2025
Kevin P. Weimer
Clerk of Court

By:   s/Daniel Ross
        Deputy Clerk